UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER STREETS,<br><br>    Plaintiff,<br><br>v.<br><br>LINCOLN FINANCIAL GROUP,<br><br>    Defendant. | Case No. 23-cv-05886-JSC<br><br>**PRETRIAL ORDER NO. 1: CASE SCHEDULE** |

Upon review of the parties' joint case management conference statement, the Court VACATES the February 15, 2024 case management conference and adopts the parties' proposed case deadlines as follows:

| | |
|---|---|
| Private Mediation: | April 12, 2024 |
| Discovery: | June 11, 2024 |
| Rule 52 Opening Briefs: | July 18, 2024 |
| Rule 52 Responsive Briefs: | August 15, 2024 |
| Rule 52 Hearing: | September 5, 2024 at 10:00 a.m. |

The Court will hold a further status conference on May 9, 2024 with an updated joint case management conference statement one week in advance. The Court will be primarily interested in whether the parties believe referral for a magistrate judge settlement conference could be productive.

**IT IS SO ORDERED.**

Dated: February 9, 2024

JACQUELINE SCOTT CORLEY
United States District Judge